IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **United States of America** | ) | |
| Plaintiff(s), | ) | |
| | ) | Case No: 1:24-cr-00461-2 |
| v. | ) | Magistrate Beth W. Jantz |
| | ) | |
| **Robert Murillo** | ) | |
| Defendant(s), | ) | |

**ORDER**

    Initial appearance and arraignment held on 11/21/2024. The Court finds defendant is unable to afford counsel. Enter order appointing Attorney Gary W. Adair as counsel for defendant. Defendant is advised of charges and informed of his rights. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court orally admonished the parties, confirmed the government's obligation to disclose favorable evidence to the accused under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and ordered it to do so. Defendant waives formal reading and enters plea of not guilty to all counts in the indictment. Government and defendant agree on certain proposed conditions of release. The Court enters Order Setting Conditions of Release and Appearance Bond for $4,500. The Court read each of the conditions of release to Defendant, he stated that he understood them, and would comply. Defendant ordered released after processing. The Rule 16.1 (a) conference is to be held by 12/2/2024. Pretrial motions are due by 12/23/2024 and a status hearing before Judge Chang is set for 12/4/2024 at 8:30 a.m. Additionally, a joint status report is due by 12/19/2024. Without objection, time is excluded from the date of arraignment to the next status hearing pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) in the interest of justice and for reasons stated in open court. The Government's oral motion to unseal as to all defendants is granted. (X-T).

(00:15)

Date: 11/21/2024

/s/ Beth W. Jantz
United States Magistrate Judge