# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:24–cr–00461 |
| | Honorable Edmond E. Chang |
| Santiago Cervantes, et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2025:

MINUTE entry before the Honorable Edmond E. Chang as to Robert Murillo: Government counsel Alejandro Ortega called the courtroom deputy to report that he has no objection to Defendant Murillo's motion 59 to remain on release pending sentencing. (The government stated that it was not in a position to file the response in writing.) Given the absence of an objection by the government, as well as the cardiology appointment and the Defendant's wife's due date, the motion is granted. Defendant Murillo may remain on release until the sentencing of 09/23/2025. But he must be prepared to surrender into custody on that date. The status hearing of 08/15/2025 is vacated. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.